

05 JUL 29 PM 3:25

# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

WILLIAM P. FAULKNER,

v.

GEORGE JONES,         CASE NUMBER:   1:04-2974-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/28/2005, the defendant's motion for Summary Judgment is GRANTED. It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith and plaintiff must comply with the procedures set out in McGore and 1915(a)-(b) if he wishes to take advantage of the installment procedures for paying the Appellate Filing Fee. It is further ordered that this case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                    THOMAS M. GOULD
                                    CLERK

7/29/05                        BY: _____
DATE                                DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02974 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Michelle Affatati
Stafford Rosenbaum LLP
3 South Pinckney St.
Madison, WI 53701--178

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William P. Faulkner
244067
100 Corrections Drive
Stanley, WI 54768

Honorable James Todd
US DISTRICT COURT