IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WILLIAM P. FAULKNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 2:04-2974-T/An ) |
| CORRECTIONS CORPORATION OF AMERICA and GEORGE JONES, | ) ) ) |
| Defendants. | ) ) |

### ORDER DENYING MOTION TO SET ASIDE SCHEDULING ORDER AS MOOT

On July 18, 2005, Defendants Corrections Corporation of America and George Jones moved to have the scheduling order set aside until Defendants' pending motion for summary judgment was ruled upon. On July 29, 2005, summary judgment was entered in favor of Defendants. Therefore, Defendants motion to set aside the scheduling order [Docket Entry 30] is DENIED as MOOT.

IT IS SO ORDERED.

_James D. Todd_
Judge

_2 August 2005_
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _8/4/05_

## **CERTIFICATE OF SERVICE**

      This is to certify that I have served a copy of the above Proposed Order personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party or each *pro se* party on or before the filing date thereof.

William Faulkner, #244067
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500
715-644-2960


      DATED: This the 1st day of August, 2005.


                                      PENTECOST, GLENN & RUDD, PLLC

               By:          _____
                                  Jon A. York (#023106)
                                  Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02974 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

Michelle Affatati
Stafford Rosenbaum LLP
3 South Pinckney St.
Madison, WI 53701--178

William P. Faulkner
244067
100 Corrections Drive
Stanley, WI 54768

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT